FILED: May 7, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1591

(2:11-cv-00862-SB)

_____

THE MUHLER COMPANY, INCORPORATED

    Plaintiff - Appellant

v.

PLY GEM HOLDINGS, INCOPORATED; AWC HOLDING COMPANY; MW MANUFACTURERS, INCORPORATED; PLY GEM INDUSTRIES, INCORPORATED; ALENCO HOLDING COMPANY; MWM HOLDINGS, INCORPORATED

    Defendants - Appellees

and

PLY GEM WINDOW GROUP; MW WINDOWS & DOORS; GREAT LAKES WINDOWS

    Defendants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of South Carolina at Charleston |
|---|---|
| Originating Case Number | 2:11-cv-00862-SB |

| Date notice of appeal filed in originating court: | 05/02/2013 |
|---|---|
| Appellant (s) | The Muhler Company, Inc. |
| Appellate Case Number | 13-1591 |
| Case Manager | Cathi Bennett<br>804-916-2704 |