UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1591
(2:11-cv-00862-SB)

_____

THE MUHLER COMPANY, INCORPORATED

  Plaintiff – Appellant

v.

PLY GEM HOLDINGS, INCORPORATED; AWC HOLDING COMPANY; MW MANUFACTURERS, INCORPORATED; PLY GEM INDUSTRIES, INCORPORATED; ALENCO HOLDING COMPANY; MWM HOLDINGS, INCORPORATED

  Defendants – Appellees

and

PLY GEM WINDOW GROUP; MW WINDOWS & DOORS; GREAT LAKES WINDOWS

  Defendants

_____

**CONSENT MOTION FOR BRIEFING EXTENSION
AND REVISED BRIEFING ORDER**

_____

  The Appellant, joined by and with the express consent of the Appellees, hereby moves as follows for an extension of the present briefing deadline and corresponding revised briefing order.

1. This case was selected for participation in the Fourth Circuit's mediation program.

2. Notwithstanding good-faith participation of all parties, the case has not been resolved through mediation, and the mediator declared an impasse on August 6, 2013.

3. The present briefing order establishes that the Appendix and Appellant's Opening Brief are due on September 3, 2013; the Appellees' Response brief is due October 7, 2013; and any reply brief is due 14 days from service of the Response brief.

4. In light of the volume of the record in this case, the complexity of the issues involved, and other time commitments of counsel, the parties are in agreement that good cause exists to allow additional briefing time.

WHEREFORE, the Appellant, joined by and with the express consent of the Appellees, moves for the current deadline for the Appendix and Appellant's Opening brief to be extended by 45 days, with the deadline for the Appellees' Response brief being set for 60 days thereafter, and the deadline for any reply brief to be 21 days from service of the Response brief. Accordingly, the parties respectfully request that the following revised briefing schedule be approved and ordered by this Court:

Appendix due: 10/18/13

Opening brief due: 10/18/13

Response brief due: 12/17/13

Any reply brief: 21 days from service of response brief.

        WE SO MOVE:

        s/Russell G. Hines
        Russell G. Hines
        YOUNG CLEMENT RIVERS, LLP
        Counsel for the Appellant


        WE CONSENT:

        s/Leslie D. Sherrill
        Leslie D. Sherrill
        PHARR LAW, PLLC
        Counsel for the Appellees