UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1591
(2:11-cv-00862-SB)
_____

THE MUHLER COMPANY, INCORPORATED

       Plaintiff – Appellant

v.

PLY GEM HOLDINGS, INCORPORATED; AWC HOLDING COMPANY; MW MANUFACTURERS, INCORPORATED; PLY GEM INDUSTRIES, INCORPORATED; ALENCO HOLDING COMPANY; MWM HOLDINGS, INCORPORATED

       Defendants – Appellees

and

PLY GEM WINDOW GROUP; MW WINDOWS & DOORS; GREAT LAKES WINDOWS

       Defendants
_____

**CONSENT MOTION FOR BRIEFING EXTENSION**
_____

The Appellant, with the consent of the Appellees, hereby moves as follows for an extension of the present deadline for the Appendix and the Appellant's Opening Brief.

1.  The present briefing order establishes that the Appendix and the Appellant's Opening Brief are due on October 3, 2013.

2.  In light of the volume of the record in this case, the complexity of the issues involved, and other time commitments of counsel, the parties are in agreement that good cause exists to allow the additional time requested herein.

WHEREFORE, the Appellant, with the express consent of the Appellees, moves for the current deadline for the Appendix and the Appellant's Opening brief to be extended by 15 days to October 18, 2013 (with the other deadlines in the present briefing order, i.e., those for the Appellees' Response Brief and for any reply brief, being extended accordingly).

WE SO MOVE:

s/Russell G. Hines
Russell G. Hines
YOUNG CLEMENT RIVERS, LLP
Counsel for the Appellant

WE CONSENT:

s/Leslie D. Sherrill
Leslie D. Sherrill
PHARR LAW, PLLC
Counsel for the Appellees