# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 13-1591
(2:11-cv-00862-SB)
_____

THE MUHLER COMPANY, INCORPORATED

      Plaintiff – Appellant

v.

PLY GEM HOLDINGS, INCORPORATED; AWC HOLDING COMPANY; MW MANUFACTURERS, INCORPORATED; PLY GEM INDUSTRIES, INCORPORATED; ALENCO HOLDING COMPANY; MWM HOLDINGS, INCORPORATED

      Defendants – Appellees

and

PLY GEM WINDOW GROUP; MW WINDOWS & DOORS; GREAT LAKES WINDOWS

      Defendants

_____

**CONSENT MOTION
FOR A FINAL, ONE-WEEK EXTENSION OF TIME**

_____

The Appellant, with the consent of the Appellees, hereby moves as follows for a final, 1-week (i.e., 7-day) extension of the deadline for the Appendix and the Appellant's Opening Brief.

1. The present briefing order provides that the Appendix and the Appellant's Opening Brief are due on October 18, 2013.

2. The aforementioned October 18, 2013 due date was established via the Court's grant of a previous motion for a 15-day extension of the prior deadline, which deadline was October 3, 2013.

3. The undersigned counsel for the Appellant recognizes that the Court's order granting an extension through October 18, 2013 advised that any further request for extension of this deadline would be disfavored and counsel does not submit the instant motion lightly, but does so most respectfully and most humbly.

4. The undersigned counsel for the Appellant represents to the Court that the previous motion for an extension of the deadline through October 18, 2013 was founded upon counsel's genuine and good-faith belief that the Appendix and the Appellant's Opening Brief could and would be prepared by October 18, 2013.

5. Notwithstanding this belief, it has become apparent to the undersigned counsel for the Appellant that a modest amount of additional time is needed for preparation of the Appendix and the Appellant's Opening Brief.

6. The undersigned counsel for the Appellant respectfully and humbly requests that the Court grant the Appellant a final allowance of additional time with regard to the aforementioned deadline—the Appellant will request no further extension of time.

7. The undersigned counsel for the Appellant respectfully and humbly submits that, under the circumstances, the requested dispensation is consistent with the interests of justice and will work no undue prejudice upon any party.

8. Prior to making this motion, the parties consulted and believe that good cause exists to allow the additional time requested herein.

WHEREFORE, the Appellant, with the express consent of the Appellees, moves for the current deadline for the Appendix and the Appellant's Opening brief to be extended by 1 week (i.e., 7 days) from October 18, 2013 to October 25, 2013 (with the other deadlines in the present briefing order, i.e., those for the Appellees' Response Brief and for any reply brief, being extended accordingly).

WE SO MOVE:

s/Russell G. Hines
Russell G. Hines
YOUNG CLEMENT RIVERS, LLP
Counsel for the Appellant


WE CONSENT:

s/Leslie D. Sherrill
Leslie D. Sherrill
PHARR LAW, PLLC
Counsel for the Appellees