**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR**　　　　　　　　　　　　　　　　　　　　　　　　　**TELEPHONE**
　**CLERK**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(804) 916-2700**

　　　　　　　　　　　　　　　　November 8, 2013


Stephen Lynwood Brown, Esquire
Russell Grainger Hines, Esquire
YOUNG CLEMENT RIVERS, LLP
25 Calhoun Street
P. O. Box 993
Charleston, SC 29402-0993

Justin O'Toole Lucey, Esquire
JUSTIN O'TOOLE LUCEY, PA
415 Mill Street
P. O. Box 806
Mount Pleasant, SC 29465-0806

Steve Macon Pharr, Esquire
Leslie D. Sherrill, Esquire
PHARR LAW, PLLC
Suite 600
8 West 3rd Street
Winston-Salem, NC 27101-0000

　　　　Re:　　No. 13-1591, The Muhler Company, Inc. v. Ply Gem Holdings, Inc.
　　　　　　　　2:11-cv-00862-SB

Dear Counsel:

　　　In light of the November 7, 2013 order of the district court, please file in this court any motions you deem appropriate on or before November 15, 2013. The briefing schedule has been suspended pending further order of the court.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　/s/ Mark J. Zanchelli
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

MJZ:cwe