FILED: December 5, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1591
(2:11-cv-00862-SB)

_____

THE MUHLER COMPANY, INCORPORATED,

       Plaintiff – Appellant,

  v.

PLY GEM HOLDINGS, INCOPORATED; AWC HOLDING COMPANY; MW MANUFACTURERS, INCORPORATED; PLY GEM INDUSTRIES, INCORPORATED; ALENCO HOLDING COMPANY; MWM HOLDINGS, INCORPORATED,

       Defendants – Appellees,

 and

PLY GEM WINDOW GROUP; MW WINDOWS & DOORS; GREAT LAKES WINDOWS,

       Defendants.

_____

O R D E R

_____

Upon consideration of the district court order dated November 7, 2013 requesting a limited remand and seeking leave pursuant to Federal Rule of Civil

Procedure 60(a) to correct a mistake in its order dismissing state law claims in this case and judgment order, the court grants the district court's request. The case is remanded to the district court pursuant to Federal Rule of Civil Procedure 60(a) for the limited purpose of correction of a mistake.

The clerk is directed to send a copy of this order to the district court.

The parties are directed to file a status report 30 days from the date of this order and every 30 days thereafter. The parties are directed to immediately notify this court in writing of any action taken by the district court.

                                                        For the Court

                                                        <u>/s/ Patricia S. Connor, Clerk</u>