**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

January 24, 2014

_____

NOTICE TO RESPOND

_____

No.   13-1591,   The Muhler Company, Inc. v. Ply Gem Holdings, Inc.
              (2:11-cv-00862-SB)

RESPONSE DUE:   February 3, 2014

TO: All Parties

     In light of the court's order dated January 22, 2014 in case 13-478, denying the petition for permission to appeal (FRAP 5), the court directs the parties to address the status of the appeal pending in current case 13-1591, including the filing of any appropriate motion, within 10 days from the date of this notice.

                                       Sincerely,

                                       /s/ Cathi Bennett
                                       Deputy Clerk